**DAVID K. BERTAN**
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DKB@DAVIDBERTAN.COM

July 12, 2024

*Via ECF*

Hon. Mary Kay Vyskocil, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Hon.

        Re:    USA v. Maximilien De Hoop Cartier
                  24-cr-133 (MKV)

Dear Judge Vyskocil:

      I represent Mr. De Hoop Cartier in the above matter. I am writing in response to Mr. De Hoop Cartier's letter to the Court dated July 1, 2024. I visited with him on June 18, June 25 (Mr. Cartier was taking an exam that day, and did not meet with me), and June 27, 2024. During those meetings, we had lengthy discussions. I provided Mr. De Hoop Cartier with my copy of the complaint, including my handwritten notes. I also mailed him a copy of the indictment. I also spoke with prior counsel regarding the forfeiture matter, obtained the forfeiture documents for Mr. De Hoop Cartier, and provided him with the necessary forms to contest the forfeiture. I also answered his emails. Given Mr. De Hoop Cartier's assertions, and the facts, I agree that new counsel should be appointed. Thank you for your consideration in this matter.

                                              Very truly yours,

                                              David K. Bertan

cc:    AUSA Jennifer Ong
        Maximilen De Hoop Cartier (via legal mail)