

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza*
*New York, NY 10278*

July 12, 2024

**BY ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *United States v. Maximilien de Hoop Cartier*, 24 Cr. 133 (MKV)

Dear Judge Vyskocil:

  The parties jointly write to provide Your Honor with a status report as ordered by the Court during the June 12, 2024 status conference. The Government has prepared its initial production of discovery. On July 10, 2024, defense counsel ordered three 2TB hard drives for this discovery. The Government is in the process of copying the discovery on these hard drives and will send them to new counsel and the defendant once the process is complete.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

    by: _____
       Jennifer Ong
       Assistant United States Attorney
       (212) 637-2224

cc: David Bertan, Esq. (via ECF)