USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
USA

      - against -

MAXIMILIEN de HOOP CARTIER

          Defendant.
-------------------------------------------------------X

**STIPULATION OF SUBSTITUTION**

Indictment 24 Cr. 133 (MKV)

IT IS HEREBY STIPLUATED between the undersigned signatories that JEFFREY COHN should be substituted as counsel for Mr. de HOOP CARTIER in the above-captioned case and that JEREMY SCHNEIDER shall be relieved as attorney for Mr. de Hoop Cartier.

_____
MAX de HOOP CARTIER

_____
JEFFREY COHN

_____
JEREMY SCHNEIDER

So Ordered: _____
HON. MARY KAY VYSKOCIL
U.S. District Judge
Southern District of New York