# JEFFREY COHN

**Attorney at Law**
212 East 57th Street
Number 16A
New York, New York 10022
Telephone: 646-201-5202
Email: jcohnlaw@hotmail.com

```
December 5, 2024
BY ECF
The Honorable Mary Kay Vyskocil
U.S. District Judge
Southern District of New York

      Re:  United States v. Max de Hoop Cartier, 23 Cr. 133 (MKV)

Dear Judge Vyskocil,

     I write to comply with the Court's order yesterday and
Individual Rules of Practice to provide the position of the
government and the Pre-Trial Services office in the SDNY as
regards Mr. de Hoop Cartier's release on bond.  The government,
by AUSA Jennifer Ong, opposes release and the Pre-Trial Services
office in SDNY has not prepared a report containing its
position.


                                    Sincerely,


                                    Jeffrey Cohn


copy/    AUSA Jennifer Ong (by ECF)
```