```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK


In re:                              :
                                         Docket #24cr133/
 UNITED STATES OF AMERICA,          :    24mg734

              Plaintiff,            :

   - against -                      :

 ECHEVERRY, FELIPE ESTRADA,         :    New York, New York
                                         May 19, 2025
              Defendant.            :

------------------------------------ :

                      PROCEEDINGS BEFORE
             THE HONORABLE ROBERT W. LEHRBURGER,
                UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For Plaintiff:           UNITED STATES ATTORNEY'S OFFICE
                         BY:  DANIEL ROQUE, ESQ.
                         One St. Andrew's Plaza
                         New York, New York 10007

For the Defendant:       LGR LAW, LLC
                         BY:  LORRAINE GAULI-RUFO, ESQ.
                         6 Pompton Avenue, Suite 25
                         Cedar Grove, New Jersey 0700

Also Present:            SPANISH INTERPRETER




Transcription Service:   Carole Ludwig, Transcription Services
                         155 East Fourth Street, #3C
                         New York, NY 10009-7360

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.
```

**INDEX**

**E X A M I N A T I O N S**

| **Witness** | **Direct** | **Cross** | **Re-Direct** | **Re-Cross** |
|---|---|---|---|---|
| None | | | | |

**E X H I B I T S**

| **Exhibit Number** | **Description** | **ID** | **In** | **Voir Dire** |
|---|---|---|---|---|
| None | | | | |

```
 1                         PROCEEDING                          3
```

 2          THE CLERK:  We're here in the matter for
 3 initial appearance, U.S. v. Felipe Estrada Echeverry,
 4 24cr133.  Attorneys, please state your name for the
 5 record, starting with the Government.
 6          MR. THOMAS JOHN WRIGHT:  Good afternoon, Your
 7 Honor, Daniel Roque on behalf of the Government.
 8          MS. LORRAINE GAULI-RUFO:  Good afternoon, Your
 9 Honor, Lorraine Gauli-Rufo seeking appointment on behalf
10 of Felipe Estrada Echeverry, Your Honor.
11          THE COURT:  All right, good afternoon, all.
12 Good afternoon, Mr. Estrada.  Everyone please be seated.
13 Mr. Echeverry, I don't know if you go by Estrada or
14 Echeverry, but I'll go by Echeverry.  I see you're using
15 the services of an interpreter.  Can you hear and
16 understand everything the interpreter is saying?
17          MR. ECHEVERRY:  Yes.
18          THE COURT:  So my name is Judge Lehrburger, and
19 you are here because you've been charged with a criminal
20 offense under an indictment.  There are several counts
21 in here, but it appears that you are only charged in
22 connection with the first count which is conspiracy to
23 commit money laundering.
24          The purpose of this proceeding is to advise you
25 of certain rights that you have, to make sure that you

```
 1                         PROCEEDING                          4
```

 2  have an attorney representing you, to make sure you've

 3  been advised of the charges against you, and to

 4  determine if there any conditions upon which you should

 5  be released pending trial.  So I'm going to begin with

 6  some of your rights.

 7            You have the right to remain silent.  You're

 8  not required to make any statements to authorities.  If

 9  you've already made statements to authorities, you need

10  not make any further statements to them.  Any statements

11  that you do make can be used against you.

12            You have the right to be released, either on

13  conditions or without conditions, unless I determine

14  there are no set of conditions that can reasonably

15  assure the safety of the community or your presence at

16  future proceedings.

17            If you are not a U.S. citizen, you have the

18  right to request that a government attorney or a law

19  enforcement official notify a consular officer from your

20  country of origin that you've been arrested.  In some

21  cases, a treaty or other agreement requires notification

22  even without your request.

23            You have the right to be represented by an

24  attorney during all court proceedings, including this

25  one, and all questioning by authorities.  You have the

```
 1                         PROCEEDING                        5

 2   right to hire your own attorney , but if you cannot
 3   afford one, I will appoint one for you.  Do you
 4   understand your rights as I've explained them so far?
 5            MR. ECHEVERRY:  Yes.
 6            THE COURT:  So I'm now going to turn to
 7   appointment of counsel and to appoint the attorney for
 8   you.  I have before me a document that is titled a
 9   Financial Affidavit that is in your name, and let me ask
10   you, did you sign the financial affidavit, sir?
11            MR. ECHEVERRY:  Yes.
12            THE COURT:  Okay.  So I will remind you that
13   you have signed the Financial Affidavit under penalty of
14   perjury, that everything is true and correct.  So if
15   anything occurs to you later on that's not correct, just
16   litigation your attorney know, and I'm sure she'll take
17   care of it.  But based on what I see here, everything
18   looks in order, and I am appointing counsel for you.
19            All right, counsel, have you received a copy of
20   the indictment and reviewed it with your client?
21            MS. GAULI-RUFO:  Yes, Your Honor, I have.
22            THE COURT:  And does he waive a public reading?
23            MS. GAULI-RUFO:  Yes, he does, Your Honor.
24            THE COURT:  Okay, and I'll ask the Government
25   what're we doing with respect to detention or release?
```

```
 1                          PROCEEDING                          6

 2             MR. ROQUE:  Your Honor, my understanding is the
 3   parties are going to consent to detention.
 4             THE COURT:  Is that correct?
 5             MS. GAULI-RUFO:  That's correct, Your Honor.
 6             THE COURT:  Okay, so the defendant will be
 7   detained on consent without prejudice to a future
 8   application.  I neglected to ask the Government, what is
 9   the date and time of arrest please?
10             MR. ROQUE:  Your Honor, my understanding is the
11   defendant arrived in Westchester County Airport after
12   being extradited last Friday, May 16, at approximately
13   6:15 p.m. and that the presentment was waived until
14   today.
15             THE COURT:  Thank you.  All right, is this here
16   for arraignment or not?
17             MR. ROQUE:  Yes, Your Honor.
18             THE COURT:  Okay, then I will take a plea from
19   the defendant.  How does the defendant plead?
20             MS. GAULI-RUFO:  Not guilty, Your Honor.
21             THE COURT:  All right, a plea of not guilty
22   will be entered, and the defendant has been arraigned.
23   I remind the Government of its obligations under Brady
24   and its progeny to produce information to the defense,
25   and the failure to provide the requisite information can
```

```
 1                        PROCEEDING                        7

 2  have serious consequences.  Does the Government
 3  understand its obligation and will it comply?
 4            MR. ROQUE:  Yes, Your Honor.
 5            THE COURT:  All right, any application with
 6  respect to speedy trial?
 7            MR. ROQUE:  Your Honor, forgive me, I was just
 8  covering for a colleague today.  If I can confer with
 9  defense counsel for a moment about today's arraignment?
10            (pause in proceeding)
11            MR. ROQUE:  I apologize, Your Honor, for a
12  moment I was concerned whether this had been referred
13  for arraignment.  It has been.  I apologize for that.
14            THE COURT:  That's not a problem.  Is there a
15  date before the district judge?
16            MR. ROQUE:  Yes, Your Honor, June 11.
17            THE COURT:  All right.  And any further
18  applications from you?
19            MR. ROQUE:  No, Your Honor.
20            THE COURT:  Speed trial?
21            MR. ROQUE:  No, Your Honor.
22            THE COURT:  Okay.  All right, anything from the
23  defense?
24            MS. GAULI-RUFO:  Yes, Your Honor, just quickly.
25  Mr. Estrada Echeverry has hearing aids, and he has them
```

```
 1                          PROCEEDING                          8

 2   with him and they permitted him to take them.  The only

 3   thing is I believe they don't have batteries, and I

 4   think the batteries are dying for them.  I don't know if

 5   there's another way they, what they do in that

 6   situation, but I do have an order, medical order

 7   regarding the hearing aid.

 8            THE COURT:  Sure.  I'll take that.  All right,

 9   have signed that.  Anything else?

10            MR. ROQUE:  Your Honor, and so just to confirm,

11   because I confirmed that the defendant was referred to

12   arraignment, the Government does make a motion to

13   exclude time under the Speedy Trial Act to allow time

14   for the parties to discuss the next step in this matter,

15   a potential resolution, and to prepare for the

16   arraignment before Judge (indiscernible) on June 11.

17            THE COURT:  Okay, any objection from the

18   defense?

19            MS. GAULI-RUFO:  No objection, Your Honor.  All

20   right, the Court agrees that it's in the interest of

21   justice to exclude time and will be doing so until and

22   through June 11, 2025.  So anything else from the

23   Government?

24            MR. ROQUE:  No, Your Honor, thank you.

25            THE COURT:  Anything else from the defense?
```

```
 1                          PROCEEDING                       9

 2           MS. GAULI-RUFO:  No, Your Honor, thank you.

 3           THE COURT:  All right, adjourned on this

 4   matter.  Good luck to you, Mr. Echeverry.

 5           (Whereupon, the matter is adjourned.)
```

```
                                                                    10
```

C E R T I F I C A T E

    I, Carole Ludwig, certify that the foregoing transcript of proceedings in the case of UNITED STATES V. ECHEVERRY, Docket #24cr133, was prepared using digital transcription software and is a true and accurate record of the proceedings.

Signature_____*Carole Ludwig*_____

        Carole Ludwig

Date: May 22, 2025