```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF NEW YORK
--------------------------------:

UNITED STATES OF AMERICA,        : Docket No.:24-cr-133

                  Plaintiff,     :

    -against-                    :

LEONARDO de JESUS ZULUAGA        : New York, New York

DUQUE,                           : July 11, 2025

                  Defendant.     :

--------------------------------:



           TRANSCRIPT AND STATUS CONFERENCE HEARING

            BEFORE THE HONORABLE SARAH L. CAVE

              UNITED STATES MAGISTRATE JUDGE



APPEARANCES:

For Plaintiff:      UNITED STATES ATTORNEY'S OFFICE
                    SOUTHERN DISTRICT OF NEW YORK
                    BY:  Jennifer N. Ong, AUSA
                    One St. Andrew's Plaza
                    New York, New York 10007

For Defendant:      RICHARD PALMA, Esq.
                    225 Broadway - Suite 175
                    New York, New York 10007
```

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.

        AMM TRANSCRIPTION SERVICE  631.334.1445

1          THE DEPUTY CLERK:  Your Honor, this is in
2    the matter of United States vs Leonardo de Jesus
3    Zuluaga Duque; 24-CR-133.
4          Counsel, please state your appearance for
5    the record.
6          MS. ONG:  Good afternoon, your Honor.
7    Jennifer Ong for the government.
8          THE COURT:  Good afternoon.
9          MR. PALMA:  Good afternoon, your Honor.
10   Richard Palma for Mr. Zuluaga Duque.
11         THE COURT:  Okay.  Good afternoon.
12         Good afternoon, Mr. Zuluaga Duque.  I'm
13   Magistrate Judge Cave.  Are you able to understand
14   me through the interpreter, sir?
15         THE DEFENDANT:  Yes.
16         THE COURT:  Okay.
17         May I have the date and time of arrest,
18   please, Ms. Ong?
19         MS. ONG:  Yes, your Honor.  Mr. Zuluaga
20   Duque was extradited, and he landed in Westchester
21   County yesterday at approximately 4:30 p.m.
22         THE COURT:  Okay.  Thank you.
23         Mr. Zuluaga Duque, you're here because
24   you're charged with certain crimes in an indictment.
25   And the purpose of this proceeding is to advise you

1    of certain rights that you have, inform you of the

2    charges against you, consider whether counsel should

3    be appointed for you, and decide under what

4    conditions, if any, you may be released pending

5    trial.

6            I'll explain certain constitutional rights

7    that you have.

8            You have the right to remain silent.

9    You're not required to make any statements.  Even if

10   you've already made statements to the authorities,

11   you do not need to make any further statements.

12   Anything you do say can be used against you.

13           You have the right to be released with or

14   without conditions pending trial, unless I find that

15   there are no conditions that would reasonably assure

16   your presence at future court appearances and the

17   safety of the community.

18           If you're not a U.S. citizen, you have the

19   right to request that a government attorney or law

20   enforcement official notify a consular officer from

21   your country that you've been arrested.  In some

22   cases, a treaty or other agreement may require the

23   government to give that notice whether you request

24   it or not.

25           You have the right to be represented by an

1    attorney during all court proceedings, including

2    this one, and during all questioning by the

3    authorities.  You have the right to hire your own

4    attorney.  If you cannot afford an attorney, I will

5    appoint one today to represent you.

6              Do you understand the rights I've just

7    summarized, sir?

8              THE DEFENDANT:  Yes.

9              THE COURT:  And I understand that you wish

10   for me to appoint counsel.  I have before me a

11   financial affidavit form that you've signed under

12   penalty of perjury.

13             Please be aware you can be charged with

14   perjury for any false statements in the affidavit,

15   and you must tell the Court if there's any change in

16   your financial status.

17             Based on the statements in your financial

18   affidavit, I'll approve the appointment of counsel

19   and Mr. Palma will represent you going forward.

20             A grand jury of this district has returned

21   an indictment against you and others charging you

22   with certain offenses.  And the charges include in

23   Count 6 that from October 2023 until February

24   2024 -- sorry.

25             THE INTERPRETER:  The interpreter requests

1    that you please slow down.

2                THE COURT:  Sorry.

3                In Count 6 the indictment charges that from

4    October 2023 until February 2024, you and others

5    conspired to import cocaine into the United States,

6    in violation of 21 U.S.C. §§ 961(b)(1)(B) and 963.

7                Mr. Palma, do you have a copy of the

8    indictment and have you reviewed it with your

9    client?

10               MR. PALMA:  Yes, we reviewed it earlier

11   this morning.

12               THE COURT:  Okay.  Did I overlook one of

13   the charges?

14               MS. ONG:  Yes, your Honor.  Mr. Zuluaga

15   Duque is also charged in Count 1.

16               THE COURT:  Okay.

17               Mr. Zuluaga, the indictment also charges

18   you in Count 1 -- you and others in Count 1 from May

19   2023 to November 2023 of conspiring to commit money

20   laundering, in violation of 18 U.S.C.

21   §1956(a)(2)(B)(i).

22               Any other charges, Ms. Ong?

23               MS. ONG:  No, your Honor.

24               THE COURT:  Okay.

25               Mr. Palma, do you have a copy of the

 1  indictment, and have you reviewed it with your

 2  client?

 3          MR. PALMA:  Yes, I have.

 4          THE COURT:  And does he waive a full

 5  reading of the indictment?

 6          MR. PALMA:  And he does waive a full public

 7  reading of the charges.

 8          THE COURT:  Okay.  Thank you.

 9          And what is the government's position as to

10  bail, detention or release?

11          MS. ONG:  The government would seek

12  detention on the grounds of flight risk and danger

13  to the community.

14          THE COURT:  And Mr. Palma, are you making

15  an application?

16          MR. PALMA:  No, we're consenting to

17  detention at this time.

18          THE COURT:  All right.

19          So, Mr. Zuluaga Duque, you'll be detained.

20  I have before me a medical order that your counsel

21  has filled out.  I will sign this and make sure that

22  it gets to the right people so that you have

23  treatment for your medical conditions.

24          Am I correct that Judge Vyskocil has set a

25  conference for July 15th at 11:00 a.m.?


          AMM TRANSCRIPTION SERVICE  631.334.1445

    1              MS. ONG:  That's correct, your Honor.
    2              THE COURT:  Okay.  So your next court
    3    appearance will be on July 15th at 11:00 a.m. in
    4    this courthouse in front of Judge Vyskocil.
    5              Ms. Ong, anything further today?
    6              MS. ONG:  No, your Honor.
    7              THE COURT:  Okay.  Thank you.
    8              Mr. Palma, anything further?
    9              MR. PALMA:  Nothing further.  Thank you
   10    very much.
   11              THE COURT:  Thank you.
   12
   13                          0o0
   14
   15
   16
   17
   18
   19
   20
   21
   22
   23
   24
   25

1

2

3                       C E R T I F I C A T E

4

5        I, Adrienne M. Mignano, certify that the

6    foregoing transcript of proceedings in the case of

7    USA v. Leonardo de Jesus Zuluaga Duque;

8    Docket #24CR133 was prepared using digital

9    transcription software and is a true and accurate

10   record of the proceedings.

11

12

13   Signature   *Adrienne M. Mignano*
                 _____

14             ADRIENNE M. MIGNANO, RPR

15

16   Date:     July 12, 2025

17

18

19

20

21

22

23

24

25

            AMM TRANSCRIPTION SERVICE   631.334.1445