# RICHARD PALMA

**ATTORNEY AT LAW**
**225 BROADWAY- SUITE 715**
**NEW YORK, NEW YORK 10007**

**MEMBER OF THE BAR**
**NEW YORK**

**TEL. (212) 686-8111**
**E-MAIL - rpalma177@gmail.com**


August 20, 2025

ECF

Hon. Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: U.S. v. De Hoop Cartier, et al including Zuluaga Duque, 24 Cr. 133 (MKV). Defense Notice of Pretrial Motions to be Filed.

Dear Judge Vyskocil:

I am informing the Court that on behalf of my client, Leonardo De Jesus Zuluaga Duque, I will be filing a severance motion under Fed. R. Crim. P. 14 and possibly a motion to suppress under Fed. R. Crim. P. 12. Based on my discussions with the Government it could not inform me definitively if evidence was seized from him at the time of arrest which it may intend to introduce at trial. Because it is still waiting for a response from Colombian authorities, and it may not have an answer to this request before defense motions are due, the Government is not opposed to a suppression motion filed after the Court's motion schedule should such a motion be relevant. Finally, the only other motions that I anticipate filing are motions in limine.

Thank you.

Respectfully submitted,

*Richard Palma*

Richard Palma