# Law Offices of Jill R. Shellow PLLC

___

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2025
```

October 21, 2025

**BY ECF AND EMAIL**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007
VyskocilNYSDChambers@nysd.uscourts.gov

      RE:    *United States v. Leonardo Zuluaga, et al.,* **24 CR 133 (MKV)**

Dear Judge Vyskocil:

      I am writing on behalf of the January 26, 2026 trial defendants to request an extension of time to file pretrial motions pursuant to Rule 12, Fed. R. Crim. P.  The current deadline is October 22.  We respectfully request that Your Honor Order a new schedule at the November 14 status conference so that all motions are filed on the same schedule.

      On October 10, 2025, the last named defendant, Erica Milena Lopez Ortiz, arrived in the District.  Ms. Lopez Ortiz is represented by Donna R. Newman, Esq., pursuant to the CJA.  I have consulted with Ms. Newman who will need time before she will know if she has any motions to file.  Accordingly, we respectfully request that tomorrow's deadline be extended and that Your Honor order a new schedule at the upcoming November 14, 2025 status conference.  A single motions schedule will maximize defense and government resources and enable the Court to review all the motions in the most efficient manner.

      The government consents to this request.

                                            Respectfully submitted,

                                            Jill R. Shellow

cc:    All Counsel (by ECF and email)

Admitted:  NY, CT, DC

> The current deadline of October 22, 2025, is vacated. The Court will set a new schedule at the November 14, 2025, hearing. Defense counsel shall show cause on or before October 24, 2025, why counsel should not be sanctioned for failure to comply with the Court's Individual Rule of Practice in Criminal Cases that that requests for extension be made "at least 72 hours prior to the scheduled appearance or deadline." Rule 1.G. SO ORDERED.

Date: 10/21/2025
New York, New York

_____
Mary Kay Vyskocil
United States District Judge