Law Offices Of
Donna R. Newman
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
tel. 212-229-1516 fax 212-593-1844
cell. 201-306-4369
donnanewmanlaw@aol.com
Member: N.Y. & N.J. Bar

December 2, 2025

**BY ECF & EMAIL**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007


*Re: United States v. De Hoop Cartier, Erica Milena Lopez- Ortiz*
    24cr133
    Proposed Trial and Motion Schedule

Dear Judge Vyskocil:

In anticipation of the conference scheduled for Monday December 15th at 2:00 PM, after conferring with Defense counsel and the Government, I submit below for the Court's consideration, the following schedule for trial and motions, agreed to by Defense counsel and the Government.

| | |
|---|---|
| Rule 12 motions | 2/27/26 |
| Opposition - | 2/27/26 |
| Replies | 3/6/26 |
| In Limine motions & | |
| Voir dire, RTC | 4/10/26 |
| Opposition | 5/1/126 |
| Replies | 5/8/26 |
| Trial | 5/26 /26 (Tuesday after Memorial Day) |

1

   This schedule considers all counsel's trial schedule and provides me, a late comer to the case, with an opportunity to review the voluminous discovery (which is to a great extent in Spanish) myself and with my client who is detained in Essex county. I very much appreciate the Court's consideration of this proposed schedule.

Respectfully submitted,
/s/
Donna R. Newman
Cc: All counsel of record via ECF