# LAW OFFICES OF JILL R. SHELLOW PLLC
_____

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

February 6, 2026

**BY ECF ONLY**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

    **RE:**    *United States v. Leonardo Zuluaga, et al.,* **24 CR 133 (MKV)**

Dear Judge Vyskocil:

    I am writing to advise the Court and the government we are not filing any motions pursuant to Rule 12, Fed. R. Crim. P.

                      Respectfully submitted,

                       Jill R. Shellow
                       Richard Palma
                       *Counsel for Leonardo Zuluaga*

cc:    All Counsel (by ECF and email)

Admitted:  NY, CT, DC