## Morvillo Abramowitz Grand Iason & Anello P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

———

WRITER'S CONTACT INFORMATION

kcassidy@maglaw.com
(212) 880-9413

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***

———
RETIRED/PARTNER EMERITUS
PAUL R. GRAND
———
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

February 12, 2026

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/12/2026
```

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Maximilien de Hoop Cartier*, No. 24 Cr. 133 (MKV)

Dear Judge Vyskocil:

I write to respectfully request a two-week adjournment of Mr. Cartier's sentencing date, which is currently scheduled for February 26, 2026. I make this request for two reasons. First, Mr. Cartier would benefit from a short time to receive additional letters of support. As Mr. Cartier has never resided in the United States, the individuals writing letters on his behalf also live abroad. Communicating with those individuals, most of whom do not speak native English, and coordinating the receipt of the letters has proven to be challenging. Second, and as the Court is aware, Mr. Cartier is incarcerated in the MDC, and while counsel has been diligently communicating with Mr. Cartier to address factual issues relevant to sentencing, those efforts are ongoing. A brief adjournment would allow us sufficient time to resolve these issues in advance of the sentencing.

I have conferred with the government, which consents to an adjournment until the week of March 16, 2026. If that week is not available, the parties will confer with the Court's deputy to find an available date and time that is convenient for the Court. Defense counsel will be out of town between March 10 and March 13, and between March 26 and April 2.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

This is our second request for adjournment.[1] I thank the Court for its consideration.

Respectfully submitted,

/s/ *Kathleen E. Cassidy*
Kathleen E. Cassidy

cc: AUSAs Jennifer Ong, Eli Mark
Probation Officer Patrick Fountain (by E-mail)

GRANTED

Sentencing in this matter is HEREBY ADJOURNED to April 23rd, 2026 at 11:30 am.

SO ORDERED.

Date: 2/12/2026
New York, New York

Mary Kay Vyskocil
United States District Judge

---

[1] The Speedy Trial Act does not impose any limits on the time to complete a defendant's sentencing.

2