# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com
———

WRITER'S CONTACT INFORMATION

kcassidy@maglaw.com
(212) 880-9413

April 9, 2026

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
———
RETIRED/PARTNER EMERITUS
PAUL R. GRAND
———
ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2026

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Maximilien de Hoop Cartier*, No. 24 Cr. 133 (MKV)

Dear Judge Vyskocil:

I write to respectfully request an approximate two-week adjournment of Mr. Cartier's sentencing date, which is currently scheduled for April 23, 2026.   I make this request principally to allow time for defense counsel to address issues raised by the Court and the parties during yesterday's sentencing proceeding for Felipe Estrada Echeverry, Mr. Cartier's co-defendant, including immigration-related issues.  A brief adjournment would allow us sufficient time to resolve these issues and discuss them with Mr. Cartier in advance of his sentencing.

I have conferred with the government, which consents to a brief adjournment up to the first half of May so as to not run up against the June 9th start date for the trial of another co-defendant in this matter.  The parties are available May 4, 6, 7, 8, 11, 12, 13, and 14.

This is our third request for adjournment.[1]  I thank the Court for its consideration.

Respectfully submitted,

/s/  *Kathleen E. Cassidy*
Kathleen E. Cassidy

cc:    AUSAs Jennifer Ong, Eli Mark
       Probation Officer Patrick Fountain (by E-mail)

---

[1] The Speedy Trial Act does not impose any limits on the time to complete a defendant's sentencing.

The request for a further adjournment of sentencing is DENIED. Sentencing has twice been adjourned at Defendant's request, and the Parties have ample time to discuss and resolve any outstanding issues prior to the proceeding as currently scheduled.

Date: 4/9/2026
New York, New York

Mary Kay Vyskocil
United States District Judge