# EXHIBIT A

December 15, 2025

Dear Judge Mary Kay Vyskocil,

My name is Rodrigo Aguilar.  I am Argentinian, a tennis coach, a member of the Argentinian national tennis team in the over 35 category, and I have a degree in agricultural management. I have been friends with Max since I was 22 years old (I am currently 37). We met because I taught him tennis when he was younger, and since then we have shared many moments, trips, skiing, horseback riding, and countless other experiences.

From what I know of him, I can highlight his unwavering determination to pursue entrepreneurial ventures, to build relationships, and to open doors through his education, language skills, intelligence, and gentlemanly conduct.

Personally, I value that, despite being several years younger than him, he helped me learn about the business world, good taste, and fine establishments—something like a mentor, always based on respect and courtesy.

From what I understand, he is completely devastated by the situation, experiencing a radical change in his reality due to the circumstances he is facing. This situation affects all aspects of his life and the social and economic circles in which he was accustomed to living.

My only purpose in writing is to ask for leniency and to ask you to take into account that Max is a good person with good conduct, apart from the circumstances of this case.

Thank you very much.

Sincerely,

Rodrigo Aguilar

Roberto Andersen
c/ León Tolstoy N9
35307 Las Palmas de GC
Spain

December 2, 2025

The Honorable Mary Kay Vyskocil
United District Judge
Southern Disctrict of New York

Dear Judge Vyskocil

I would like to introduce myself. My name is Roberto Andersen and I am a Spanish citizen. I am now 56 years old and I am in the Real Estate business here in Gran Canaria, Spain. I met Maximiliem de Hoop Cartier when I studied in Switzerland at the Hosta Hotel School in Leysin and we became friends easily since we both spoke Spanish.  Max had studied at Hosta before me.

From the very beginning Max was very focused on doing bussiness. He had a company called Dolphin South Atlantic. I still remember every time he got a call he would answer with his peculiar voice with a "Bonjour Dolphin South Atlantic, how can I help you?"  He was an international trader trying to get anything they needed in any place of the world from sugar to fish.

He loved to dress nicely ironing personally his shirts perfectly every morning. He was a very well known young man in that small town.  Everyone knew him and he was very talented, speaking different languages.  Max was a very good neigbour.  He was extremelly good at sports  since he was always playing tennis, squash, skiing with all kind of different people including expats  to students,  locals and employees from  different schools and Banks.

Since we left school, we have met a few times at the Hosta meetings and we used to call each other once in a while so we could catch up and tell to each other what was going on in our lives. He was doing fine and he became a good entrepreneur. He was living part of the year  in Monte Carlo and the other part in Paris. Last news I had from him was that he started a singing career  he even sent me a video with his performance that shows that he is also a sensitive person.

I hope this letter can describe what kind of person is Max and hopefully Your Honor can take it into account when deciding his sentence.

Regards,

Roberto Andersen

March 12, 2026

Dear Judge Vyskocil,

I am writing to offer a charater reference regarding Mr. Maximilien de Hoop Cartier, whom I have had the opportunity to know and with whom I have worked in a musical context for approximately two years.

Throughout this period of collaboration, I consistently observed Maximilien's behavior to be respectful, professional, and sincere.  Our interactions were always straightforward, cordial, and characterized by mutual trust.  In the context of our work, he demonstrated particular enthusiasm; he was deeply passionate about music and highly committed to the projects we undertook together.

Beyond our professional relationship, I also came to appreciate his personal qualities. He consistently demonstrated kindness, generosity, and attentiveness toward those around him. I recall, in particular, a trip to Los Angeles that he proposed we take so that I could meet key professionals within the music industry.  This gesture serves as a clear illustration of his mindset: that of someone eager to create opportunities for others and to share his passion.

For my part, in every interaction I had with him over those two years, his conduct was consistently irreproachable and entirely proper.  I never encountered a single issue with him, nor did I ever observe any behavior that would suggest a lack of integrity.

I simply wished to offer this sincere testimony based on my personal experience with Maximilien.

Please accept the expression of my highest regards.

**Lucas Bijaoui**

**Marco Cardillo**

7951 NE Bayshore Ct, Apt 503, Miami, FL 33138

305-815-4315

Miami, Nov 17, 2025

Honorable Mary Kay Vyskocil United States District Court

Dear Judge Vyskocil:

My name is Marco Cardillo, and I am 58 years old. I currently work as Hotel General Manager at the Arya Hotel , Coconut Grove, Miami . I am writing to you regarding Maximilien de Hoop Cartier, whom I have known since 1990 when we were students together at the hotel management school in Leysin, Switzerland.

Max and I studied Hotel Management together from 1990 to 1992 in Leysin. During those formative years, I got to know Max as a genuine and grounded person. Despite his background, Max never carried himself with any sense of entitlement or superiority. He was simply one of us—a fellow student working hard to learn the hospitality industry. What struck me most about Max during our time in Switzerland was how down-to-earth he remained. He treated everyone equally, whether they were fellow students, professors, or staff members at the school. He was approachable, friendly, and willing to work alongside everyone else without expecting any special treatment.

After we finished our studies, life took us in different directions, as it often does. However, in 2020, we reconnected in Miami Beach and had a drink together. We talked about how life had unfolded for both of us over the years and how we had all changed since our student days. It was a pleasant, relaxed conversation—the kind you have when catching up with an old classmate after many years. Even after nearly three decades, Max was still the same straightforward, unpretentious person I remembered from our time in Leysin—someone who remained humble and approachable regardless of his background.

The charges against Max are difficult for me to reconcile with the person I have known. The Max I studied with and reconnected with was always honest and sincere in his

dealings with others. While I cannot speak to the circumstances that led to his current situation, I can speak to the character of the man I have known for over thirty years.

I respectfully ask that you consider the whole person when determining Max's sentence. I believe that Max is fundamentally a good person who has maintained his integrity and humility throughout his life, and I hope you will show leniency in your sentencing decision.

Thank you very much for taking the time to read my letter and for considering my perspective on Max's character. I hope my observations will be helpful to you in understanding who Max is as a person.

Respectfully,

Marco Cardillo

(305)815-4325

**TO: JUDGE MARY KAY VYSKOCIL**
**FROM: ANDRES CASTELLÓ SOLANO**

In Madrid, Spain, November 26th, 2025

Dear Judge Vyskovil,

My name is Andrés Castelló Solano.  I am 55 years old and I have worked in Grupo Ortiz since 1996, for over 29 years at the same company.

I met Max in 1991 when I started studying Hotel Management at Hosta University, known as Glion Hotel school, in a small and beautiful village called Leysin, in Switzerland. Max was living in the village since he already finished studying at the same school but instead of Hotel Management, he studied Tourisim.

Since we first met, we became very close friends and were in Leysin together for almost three years. In those days I lived in the university and he had his own apartment. His door was always open to me.  Both of us are Scorpio and born in November and that for sure made it easier for our friendship since we are pretty similar in personality and we both like to do exercise at the gym and skiing.

During those years he worked really hard starting his company called Dolphin South Atlantic and started with the export/import of products from Argentina to Switzerland. As an example, he worked with a big supermarket brand called Coop.

After I graduated and moved back to Spain, we continued our friendship and every time I went to Switzerland or he came to Spain we tried to meet and updated each other about our lives.  One of those moments was at the weeding of our common friend Roby in the Canary Islands, and of course at my wedding in Madrid.  We also met at all the university reunions that took place, not only in Leysin but also in Barcelona, and other locations.

It's true that these last years he had a busy life in Argentina, France, etc. But we always tried to talk once in a while and of course always on our birthdays, his on the 18th and mine the 2nd of November. He became a big entrepreneur with interest in the water and beer market in Argentina. In 2023-2024 he started a new life as a Frank Sinatra-type singer, and we were completely in shock the first time we heard him because we never knew he could sing and he does it really well, at least for me and many friends from university that listened to him.

When a friend from Argentina sent me the news about Max's arrest in Miami I couldn't believe it. I was in shock and for me, knowing him, it is hard to believe he finds himself in this situation; it is like we talking about a completely different man.

I hope that you will show him leniency. Thank you for your consideration of my letter.

Sincerely;

**Andrés Castelló Solano**

February 9, 2026

Dear Judge Vyskocil,

I write this letter as a friend and counselor of Maximilien de Hoop Cartier, to humbly let you know my opinions about him, which I have reached after having worked with him quite closely for a relatively extensive period, and why I truly believe that he deserves leniency in his current situation.

I first knew Max de Hoop back in 2007, at that time he had a business project (he intended to launch a craft beer -in that time, in Argentina, craft beers were a new thing), and he needed -among other things- an attorney to help him with legal issues, including the organization of a legal entity, the setting up of investor rounds, drafting contracts with providers, and many other related matters.

At that time, I had just been retained by the Firm where I currently serve as Partner, after having worked for ten intense years in a big (for Argentina terms) firm.  So, I was able to manage the legal aspects of the business venture, although I didn´t know anything about the craft beer business. Max had worked for a major beer company and was responsible for distribution in all of Europe, so he knew the industry well, especially the marketing efforts necessary to position the product. I worked for this project for about two years, during which I learned quite a lot from Max.

I can say from my professional experience that it was not unusual for marketing experts to focus on the commercial issues while looking at legal or compliance aspects with certain disregard. This was not the case for Max. His project was very personal for him and he dedicated heart and soul to it. He was law-abiding by nature, as he was raised in a traditional and well-educated family, and I might add that he had been trained to always comply with the law by his prior work in a multinational beverage company.

Max was focused primarily in the commercial aspects of the venture, however, as far as I experienced firsthand, he was careful to have all relevant documents and decisions reviewed by his lawyer and his accountant, and was very careful and observant about all compliance-related matters.

The craft beer project ultimately failed due to the company's inability to compete with the major brands with a tight budget. This failure hit Max hard, as he had put all his efforts in the project. It was a very tough experience for him.

After the project failed, I lost contact with him for a number of years. He reappeared in my life in late 2018, we spoke over the phone and he told me that he was trading crypto assets and living in Europe. We had briefs exchanges, mails and calls, and he asked for my assistance with some tasks, such as putting together simple legal documents.

I was never involved in any of his crypto trading activities, as those were conducted outside of Argentina.

A couple of years later, he contacted me again to let me know that he had started an amateur singing career, and that according to his professors, he was quite talented. I was happy for him although I regarded this as a simple pastime. However, he surprised me when he organized a concert in a big theater in Buenos Aires that I attended with my wife; it was actually quite a show and he showed real talent. From what I understood, that was basically his life at that time, dedicated to his singing and a quite relaxed trading activity -according to Max- as he had just a few regular clients.

After an intense experience with his craft beer project, and even after many years without talking or seeing each other, we were back in contact, albeit in different circumstances. I can say that we became friends, and my wife and I enjoyed his company as he had always funny stories to share, even more so with his incipient amateur singing career.

It was with great surprise that we learned about his detention in 2024. Since then, I have had regular calls with him, where I basically heard him lament his situation and I occasionally helped him to contact people that he thought could help him or at least contact him to have a conversation. I noticed in him a deep need for human contact and conversation, and I tried to do that as a friend and simply a human being. I understand that my contribution is certainly not much, but is something that I simply cannot say no to. Though I have no direct knowledge of Max's activities out of Argentina other than what he told me in conversations in 2024 and 2025, I never observed him try to conduct himself in a fraudulent way in business. While I cannot comment on the counts that have been brought against him, in my experience, he has always been a law-abiding and conscientious member of his community.

On a personal note, meaning not in his professional activities- he has been kind of a lone ranger most of his life. However, after this experience, he mentioned to me that he now regrets his lack of family ties and intends to form a family and settle down.

I can only beg you for leniency with Max, as I know for certain, that he will be a valuable member of society and a better man after going through this. May God guide your hand and may Justice be served.

Yours sincerely,

Enrique Schinelli Casares

December 5, 2025

The Honorable May Kay Vyskocil
United States District Judge
Unisted States District Court

Dear Judge Vyskocil,

I am writing to provide a character reference for Max, whom I have known for over 35 years. Our friendship began in 1988 when we met during new student introductions while studying in Switzerland.  I approached him because his surname suggested Dutch roots, and from that initial conversation grew a friendship that has endured across decades and continents.

During our years studying together in Switzerland and later working and living in the same apartment building, I came to know Max as a genuinely caring and thoughtful person.  Even when months or years passed without contact, reconnecting with Max always felt like coming home to family.  That warmth and genuine interest in others has been a constant throughout out friendship.

One incident has stayed with me all these years and exemplifies Max's character.  During a visit to see me in Amsterdam, we encountered a homeless person asking for money in the city venter.  Without hesitation, Max gave the man money and spoke kind words to him.  When I remarked on this, Max said something that changed my perspective: "You should always care for those less fortunate than you.  You never know what has happened to them and why they are homeless and begging.  Just imagine this could also happen to you."  Most people, myself included, would have simply walked past.  Max's compassion and his ability to see the humanity in everyone has influenced how I try to live my own life.

Max's humility is another quality I have always admired.  When I moved back to the Netherlands, I gave Max some belongings I could not take with me, including a simple washing hamper.  Years later, he told me he had taken that hamper all the way home to Buenos Aires when he moved back.  Even after years of use, when his housekeeper wanted to replace the old, partially broken hamper, Max insisted on keeping it as a reminder of our time together and our friendship.  This story reflects Max's loyalty and his deep appreciateion for meaningful relationships over material concerns.

I only recently discovered Max's current situation.  When I had not received replies to my messages for some time, I became anxious and searched online to see if something had happened to him.  It was then that I learned he had been imprisoned.

Throughout the 35 years I have known Max, he has consistently demonstrated caring, humility, and genuine loyalty.  He is someone who sees the best in others and values human connection above all else.  I believe these qualities reflect his true character, and I hope they will be taken into consideration as you make your decision in his matter.

Thank you for your time and consideration.

Respectfully,

Coreine de Boer-de Vries
Amsterdam, The Netherlands

Séverine Dimo
Rue Mathurin – Cordier 12
1005 Lausanne
Switzerland

Lausanne, November 24, 2025

Maximilien de Hoop Cartier – Letter from a friend

Your Honor,

I am writing to you regarding Mr. Maximilien de Hoop Cartier, whom I have known personally for more than twenty years. Aware of the seriousness of the situation, my intention is to provide you with a sincere perspective on the man I have come to know.

I met Mr. de Hoop during my studies in Switzerland, shortly after he had completed his own studies at a private hotel management school. Coming from a privileged family background, he struck me from our first interactions as someone respectful, generous, and profoundly kind. At the time, he was developing a project involving Argentinian products and hired me to help him promote them. In this professional context, he always distinguished himself by his kindness, his seriousness, and his consideration for others.

Over the years, our professional relationship naturally evolved into a lasting friendship. He is a gentleman, a discreet man, committed to human relationships based on respect, authenticity, and trust. We share a common passion for skiing, around which we have built many memories, particularly during the holiday seasons spent together in Verbier. Since the COVID-19 pandemic, he has also discovered a passion for singing, which he has explored with enthusiasm and sensitivity. He would sing his songs to us in front of the fireplace with his wireless microphone.

Max is an epicurean, a man who appreciates culture, time spent with friends, and the simple pleasures of life. While I have not discussed it with Max, in my opinon, Max tends to see the best in others, which I suspect in this situation led him to surround himself with negative influences and led him to make bad choices.

The man I have known for over twenty years is someone who has always demonstrated loyalty, generosity, attentiveness, and a profound sense of humanity.

Thank you for taking the time to read this testimony, and I remain at your disposal for any further information. Please accept, Your Honor, the expression of my highest regards.

Séverine Dimo

Greg Jones
1770 Beachside Hotel
52 Captain Cook Drive, 1770, QLD 4677

December 3, 2025

Dear Judge Vyskocil,

Firstly, thank you for the opportunity to give my personal reflections as a long-time friend of Max de Hoop Cartier.

I currently run a successful Hotel Management consultancy for high-end clients in the tropical tourism regions of Australia. I have also previously owned my own Hotel for 16 years, also here in the Australian tropics - built from the ground up on a limited budget and grown into a successful establishment which still exists today (under new ownership).

I met max at Hotel College in Switzerland in 1988 where we were both studying over several years (HOSTA Ecole Hoteliere - now Glion International). We have stayed in touch since and I met up with him most recently in person at a College reunion in 2018. College in Switzerland was a live-in arrangement so we would see each other almost daily. We shared a common interest for fitness and skiing which initially bought us together as friends.

Max has always been a gentle soul. A quiet, well mannered fellow who always showed respect towards me and our mutual friends. He was honest - a couple of times when I would leave my bag containing important valuables in the College gym Max would return them to me immediately .........my mind foggy from a strenuous work out ! Max had formal fitness training in his home country of Argentina and created work-out programs for me that I used for many years later - he was happy to offer his knowledge to myself and another girl that worked out with us regularly and was interested in our overall well being.

Max always asked how I was doing and was genuinely interested in my answer. He would offer any assistance if I asked for it.

I never saw him angry at anyone - he was always quietly respectful.

It saddens me that Max has landed in this predicament. It is completely unlike the Max I know.  I never have known him to take financial advantage of anyone. I'm sure he feels much shame about the position he has found himself in. I'll also be writing to him and offering my support to try and cheer him up a bit.

I would ask Your Honor to be lenient in sentencing Max because, from my many years of knowing him, he is not a harmful person.

Yours Sincerely,

Greg Jones

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York

18 November 2025

Dear Judge Vyskocil:

Please kindly accept this leniency request on behalf of Maximilien de Hoop Cartier, scheduled for sentencing by you on 3 February 2026.

I am Jamie Murphy, PhD, a dual USA/Australian citizen with broad industry and education experience. I have worked/taught in dozens of countries across six continents—Africa, Asia, Europe, North America, South America, Oceania— particularly Australia, Switzerland and the USA. A university academic (1976-today), I also worked as a European Marketing manager (1990-2000) for major brands such as PowerBar and Greg Lemond Bicycles. Google employed me as their academic consultant for a global university student competition from 2008-2016. From 2017 to 2025, I worked three falls for University of Eastern Finland as an Adjunct Professor and Docent.

I grew up in central Florida, lived in Switzerland from 1986 to 1995, returned to the USA and earned a PhD in 1998 from the Florida State University. The University of Western Australia brought me to Perth, Western Australia in January 2000 and Australia granted ne citizenship in 2008. I returned to central Florida in 2019 to care for my parents and moved to Tampa in 2023 after dad, and then mom, passed.

A friend of Max's since ~1986, we were both at HOSTA, a Swiss hotel and tourism school in Leysin, and liked Leysin's skiing. I taught in HOSTA's hotel program; Max was a tourism student. Over the decades Max evolved from a young tourism student to a global entrepreneur and crooner emulating Frank Sinatra. Max's warm charm, boldness, business sense, innovativeness and humble persona have been a joy to behold.

Max and I reconnected around 2003.  I was teaching a one-week class for soon-to-graduate students at the École hôtelière de Lausanne. Serendipitously, Max was visiting friends at the École hôtelière de Lausanne. We chatted briefly and met for dinner the following day. It was fantastic hearing about his business adventures, such as exporting food stuffs to the newly established country of Kosovo and developing a successful line of Argentinian wines. We've kept in touch ever since and collaborated on exporting his beer brand, Patagonia, to Australia. I enjoyed working with Max and have nothing but the highest regard for his character. Although I have never attended one of his concerts, I admire Max's initiative to tackle a new passion, singing. At times bold and innovative, in my experience, he was always hardworking, honorable and trustworthy.

This chapter in his life has been devastating for Max -- abruptly whisked into a two+ year detention while en route to Los Angeles and dropped into an unknown and difficult legal morass.

Thank-you Judge Vyskocil for reading this and considering this leniency request for Maximilien de Hoop Cartier.

Sincerely, James (Jamie) B. Murphy Jr.
Adjunct Professor, University of Eastern Finland


JM

Nov 6, 2025

United States District Judge Mary Kay Vyskocil,

Your Honor,
Please receive my letter  as a truthful statement of  character for Mr. Maximilien  De Hoop Cartier.

My name is Paula Roldos, I am a US and Ecuadorian citizen who resides in Switzerland.
I met Max  when I was 17 years old in Leysin , Switzerland where  I attended the American College.
We were both  students from Latin America who were studying in Switzerland in Leysin.
I remember Max as a polite, very well educated young man who came from a very distinguished European family  who raised  him in Argentina. He was always polite and helpful with  teachers and a wonderful friend  offering an authentic friendship.

I particularly remember Max becoming good friends with a young man who was living in the village of Leysin as a political refugee and had many financial difficulties.  Switzerland sends these types of refugees to small villages. The village of Leysin also  has several international boarding schools, located in the Swiss mountains.

Max  always acted with kindness, interest and understanding  for the Kosovo refugees in Switzerland without judgment. The Leysin international students  had the opportunity to meet some of them as the village is small and it was easy to meet people who were working or living there.
Max  expressed kindness and understanding  and listened with compassion to the stories of repression and helplessness  of the refugees from Kosovo who were seeking shelter  in Switzerland.

Max and I have maintained our friendship  for more than 30 years.
In 2013 we saw each other again in Monaco.  When Max came to Monaco, he told me he had helped this particular man from Kosovo during the war in Kosovo by sending  food and water to help the people in Kosovo. Max went out of his way to organize  sending food from Greece to Kosovo to help a friend he had met as a teenager in Leysin 30 years before.

In addition, I have seen Max become a very successful and hardworking entrepreneur in Argentina.
He worked very hard to create a brand of water , beer and wines that he could sell and promote. This was an effort of at least 30 years of work and dedication in a very complicated and unstable country.
He is a very hardworking person, dedicated to creating success for himself through his own efforts.

He is a clever entrepreneur capable of talking with everyone in a respectful manner  and doing business, providing many jobs and creating success for himself and  the entire community.

Max was always quite humble and private. The money he made through his business in Argentina was through his own efforts not because he received an inheritance or used his name to influence anyone.  I find Max to be  a very humble man who has many talents and kindness in his heart. Max worked very hard for the money he earned and was successful on his own merit.

He is especially kind to animals and loves dogs and horses.  I saw many acts of kindness with his  dogs in Argentina that were brown labradors. I had  a white labrador and we would  talk about our love for our dogs.  We shared stories of our love for the dogs and he gave me many tips on how to take care of my labrador  as my dog had allergies and health issues Max understood much better than me.
He gave me help in how to train my labrador and  what food was better and what to do showing me how much he loved his dogs. One time he said " My dog knows when I am sad and knows exactly how to console me".  Max is a very observant and intuitive man who can understand and love animals.

He also loved his horses and spent time grooming them and riding them with love, discipline and   kindness. It takes a very special connection to compete and win  with a horse.   The horse must love his trainer. Max had this connection with his horses as he played polo in Argentina. Not only did he have a  wonderful connection with his horses but with the polo  team who respected him.

Max  is loved  by many of the students at the American School in Leysin and also the Hotel Management School in Leysin and Glion in Switzerland.  He had a special ability to become friends with students from all the schools in the Leysin village. Max is a tolerant man who wanted to be friends  with students that were American, South American, Arab, Indian, Swiss, French, Italian, African, etc. He attended many alumni reunions and  has been supportive and generous as an alumni to all the schools in Leysin.
People in the village of Leysin recognize Max in the street after 30 years and invite him to their homes. Max has good friends who are simple Swiss farmers who live in the village and remember him for his  genuine, authentic character. He is still friends with the old  coffee shop owner in Leysin; Mr. Gilbert with whom  he went skiing  before  Max's  arrest in the United States.

Max is an excellent friend; very well educated, very polite, very caring, very genuine who shows acts of kindness and generosity.  Max made every effort to support my business in Monaco.
I invited him for an event  I organized in Monaco and he did not hesitate to travel from the other side of the world to come to see me and help me. When he saw me in Monaco after many years in 2013 he brought gifts and invited everyone.  He was very happy  to see a group of mutual friends that came to Monaco for my event and had a fantastic time enjoying each other's company.

I also know Max has talent in singing. He is capable of truly touching  people's hearts with his songs that make others happy.  He has been brave to embrace singing  late in his life and organizing  concerts to finally fulfill a life long dream and give his talent  generously to the world. I feel very proud he had the opportunity to sing publicly  in Paris and other parts of the world.

In addition I know his mother in Argentina had Alzheimer.  Max  expressed to me his preoccupation with offering the best treatment available even though she did not recognize him anymore.  Max also told me about the time his father got sick with cancer and passed away. He told me he moved back to Argentina to spend time with his father so he could enjoy the last years of  his father's life and help him. These actions show that he truly is a good man who cares deeply about his parents.

Finally, I want to thank you for reading this letter and ask you to give Max leniency in your sentence.

Max is a decent, respectful, talented entrepreneur that can move the world in a positive way. Whatever mistakes he has made, will help him be a better  man , capable of understanding  his mistakes and  becoming a better businessman. Max worked very hard in Argentina and helped many people as a result of the business ventures. He is an asset  and a man who can rebuild his life and make you proud, your honor.

Sending many greetings and my kindest regards,

Paula Roldos
Rue Samuel Cornut 6
1860 Aigle,  Switzerland
Mobile Switzerland +41 76 535 6812

Gilbert Georges Weber

Rue du Lac 8

1800 Vevey

Switzerland

Tel: +41 79 212 57 85

Email: gilbert@baretto.ch

November 26, 2025

The Honorable Mary Kay Vyskocil

United States District Judge

Southern District of New York

Re: Maximilien ("Max") de Hoop Cartier

Your Honor,

My name is Gilbert Georges Weber, and I am writing on behalf of my longtime friend, Maximilien de Hoop Cartier. I first met Max many years ago in Switzerland while he was studying at the hotel school in Leysin. Over the years, we developed a close and enduring friendship, built on mutual trust, respect, and sincere human connection.

From the very beginning, Max impressed me with his kindness, honesty, and trustworthiness. These are qualities I witnessed consistently throughout our friendship. He is someone who treats others with respect and empathy, regardless of their background, and he has always carried himself with a gentle and considerate nature. Max is the type of person who genuinely cares for the people around him, and his warmth has had a lasting impact on me and many others.

I am aware that Max is now facing serious difficulties. While I do not fully understand everything that led to his current situation, I can only speak truthfully about the man I have known for so long: in my experience, he was never a malicious or dangerous person. To me, Max has always been a fundamentally good-hearted, caring, and honest human being.

It is also clear that this situation has weighed heavily on him. Even from afar, I can sense how deeply this experience has affected him emotionally. He is someone who feels responsibility toward others, and I believe this period has been profoundly difficult for him.

Your Honor, I respectfully ask that you consider Max's lifelong good character, his positive qualities, and the many ways he has shown kindness and integrity to those who know him. I hope you will show him leniency and compassion in your sentencing decision. I am confident that Max has the capacity to rebuild, to learn from this experience, and to continue being a positive force in the lives of those around him.

Thank you sincerely for taking the time to read my letter and consider my perspective. Should you need any additional information, I would be more than willing to assist.

Respectfully,

Gilbert Georges Weber

Rue du Lac 8

1800 Vevey, Switzerland

Tel: +41 79 212 57 85

Email: gilbert@baretto.ch