# EXHIBIT B

Message

**Sent**: 10/14/2019 11:04:24 AM
**To**: D'Amico, David [ddamico@signatureny.com]
**CC**: Vintech Capital LLC <> Max de Hoop Cartier [max@vintechcapital.com]
**Subject**: Due Diligence Reports
**Attachments**: Kroll Final Report - BM Law & Business - October 11 2019.pdf; Kroll Report - Unlimited Software Innovation in Development S.A.S. - October 10 2019.pdf; Kroll Report - Grupo Rutazul et al - October 9 2019.pdf; Kroll Final Report - WG Tech Group - October 11 2019.pdf; Kroll Final Report - SHA Systems - October 9 2019.pdf; Kroll Final Report - Lomaya Comercializadora - October 11 2019.pdf; Kroll Final Report - Comercial y PAT SAS - October 9, 2019.pdf; Kroll Report - Weblab Techs et al - October 9 2019.pdf; Kroll Report - Machine Learning Group - October 11 2019.pdf; Kroll Report - Grupo M2 S.A.S. - October 11 2019.pdf; Kroll Final Report - Sinergy Group - October 11 2019.pdf; Kroll Final Report - Servitech Global - October 11 2019.pdf; Kroll Final Report - Inversiones EG y G S.A.S. - October 9 2019.pdf

David,

Hope you enjoyed your trip last week!

I wanted to pass along the following due diligence reports that Max asked we provide to you and your team for the onboarding of various individuals and entities once you were back in the office. The original list of entities and individuals all fall into the below 13 entity reports as many of the individuals work for the entities.

Below are the reports, please let us know if you have any questions:

1. Commercial y PAT
2. BM Law & Business
3. Inversiones EG y G S.A.S.
4. Lomaya Comercializadora S.A.S.
5. SHA Systems
6. Sinergy Group
7. Servitech Global
8. WG Tech Group
9. Grupo M2 S.A.S.
10. Machine Learning Group
11. Grupo Rutazul et al
12. Unlimited Software Innovation in Development S.A.S.
13. Weblab Techs et al

Regards,

JP

---

James P. Brennan
Director, Disputes, Regulatory Compliance
Co-Lead, Blockchain & Cryptocurrency Task Force

T  +1 212 450 2818
M  +1 917 697 8974

Duff & Phelps, LLC

Attorneys' Eyes Only

55 East 52nd Street
Floor 31
New York, NY 10055

james.brennan@duffandphelps.com
www.duffandphelps.com

Attorneys' Eyes Only